USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO CARLOS PERALTA JIMENEZ, *individually and on behalf of others similarly situated,*

       *Plaintiff,*

-against-

HAWAII LOUNGE & TAPAS BAR INC. (D/B/A HAWAII LOUNGE AND TAPAS BAR), QUIET BAR RESTAURANT LLC (D/B/A HAWAII LOUNGE AND TAPAS BAR), and RAFAEL ADORNO A.K.A. OSCAR,

       *Defendants,*

Case No. 24-cv-07129-AT

**DEFAULT JUDGMENT**

---

This action was commenced on September 19, 2024 (Dkt. No. 1). Defendants have failed to appear and the Clerk of Court has entered their default (Dkt. No. 21-23).

NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiff ROBERTO CARLOS PERALTA JIMENEZ, has judgment jointly and severally against the Defendants Hawaii Lounge & Tapas Bar Inc. (d/b/a Hawaii Lounge and Tapas Bar), Quiet Bar Restaurant LLC (d/b/a Hawaii Lounge and Tapas Bar), and Rafael Adorno a.k.a. Oscar, (collectively, "Defendants").

This matter has been referred to Magistrate Judge Katharine H. Parker for an inquest on damages.

Dated: __7/8/2025__
New York, New York

_____
Honorable Analisa Torres
United States District Judge