UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO CARLOS PERALTA JIMENEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

HAWAII LOUNGE & TAPAS BAR INC. (D/B/A HAWAII LOUNGE AND TAPAS BAR), QUIET BAR RESTAURANT LLC (D/B/A HAWAII LOUNGE AND TAPAS BAR), and RAFAEL ADORNO A.K.A. OSCAR,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2025___

24 Civ. 7129 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

      On July 8, 2025, the Court issued a default judgment against Defendants in this action and referred the matter to the Hon. Katharine H. Parker for a damages inquest. *See* ECF No. 32. Judge Parker issued a Report and Recommendation (the "R&R") on the damages inquest on August 29, 2025. *See* R&R, ECF No. 33. In the R&R, Judge Parker directed Plaintiff "to serve a copy of this Report and Recommendation on Defendants and file proof of service of the same on the docket by no later than September 12, 2025." *Id.* at 19–20. The Court has not received Plaintiff's proof of service and that submission is now overdue. *Cf.* ECF No. 28 (Certificate of Service for copies of the default judgment motion and supporting papers).

      Accordingly, by **October 21, 2025**, Plaintiff shall serve a copy of the R&R on Defendants and by that **same date** file proof of service on the docket.

      SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge