UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO CARLOS PERALTA JIMENEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

HAWAII LOUNGE & TAPAS BAR INC. (D/B/A HAWAII LOUNGE AND TAPAS BAR), QUIET BAR RESTAURANT LLC (D/B/A HAWAII LOUNGE AND TAPAS BAR), and RAFAEL ADORNO A.K.A. OSCAR,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____12/11/2025____

24 Civ. 7129 (AT) (KHP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

On September 19, 2024, Plaintiff, Roberto Carlos Peralta Jimenez, filed this action against Defendants, Hawaii Lounge & Tapas Bar Inc., Quiet Bar Restaurant LLC, and Rafael Adorno, alleging various violations of the Fair Labor Standards Act and New York Labor Law ("NYLL"). *See generally* Compl., ECF No. 1. Following the failure of Defendants to appear in this action, the Court issued a default judgment on July 8, 2025, and referred the matter to the Hon. Katharine H. Parker for an inquest on damages. *See* Default Judgment, ECF No. 32.

After careful consideration, on August 29, 2025, Judge Parker issued a Report and Recommendation ("R&R") on damages. *See* R&R, ECF No. 33. Judge Parker concluded that Plaintiff's motion for a default judgment was properly granted and recommended that the Court grant Plaintiff an award of unpaid wages, overtime wages, spread of hours, liquidated damages, statutory damages, attorneys' fees and costs, and awards for pre- and post-judgment interest. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2); *see also* ECF No. 35 (Certificate of Service). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Parker's thorough and well-reasoned decision.

Accordingly, the Court ADOPTS the R&R in its entirety. The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiffs and against Defendants as follows:

1. $21,000.56 in unpaid wages;
2. $17,269.20 in overtime wages;
3. $3,600.00 in spread-of-hours wages;
4. $41,869.76 in liquidated damages;
5. $10,000.00 in statutory damages;
6. $3,650.00 in attorneys' fees and costs;
7. $10.32 per day in pre-judgment interest applied to the underlying wages amount, to be calculated from December 13, 2022, to the date that judgment is entered consistent

with this opinion; and

8. Post-judgment interest consistent with 28 U.S.C. § 1961, to run from the date that the Clerk of Court enters judgment consistent with this opinion, until the date of payment.

If any amounts remain unpaid upon the expiration of 90 days following issuance of the judgment, or 90 days after the expiration of time to appeal and no appeal is pending, whichever is later, the total amount of judgment shall automatically increase by 15 percent, as required by NYLL § 198(4).

SO ORDERED.

Dated: December 11, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge

2