**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERTO CARLOS PERALTA JIMENEZ,
Individually and on behalf of others similarly
situated,

        Plaintiff,        24 **CIVIL** 7129 (AT)(KHP)

   -against-          **JUDGMENT**

HAWAII LOUNGE & TAPAS BAR INC. (D/B/A
HAWAII LOUNGE AND TAPAS BAR), QUIET
BAR RESTAURANT LLC (D/B/A HAWAII
LOUNGE AND TAPAS BAR), and RAFAEL
ADORNO A.K.A. OSCAR,

        Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2025, the Court adopts the Report & Recommendation in its entirety. Judgment is entered in favor of Plaintiffs and against Defendants as follows: 1. $21,000.56 in unpaid wages; 2. $17,269.20 in overtime wages; 3. $3,600.00 in spread-of-hours wages; 4. $41,869.76 in liquidated damages; 5. $10,000.00 in statutory damages; 6. $3,650.00 in attorneys' fees and costs; 7. $10.32 per day in pre-judgment interest applied to the underlying wages amount for the total interest amount of $11,310.72, calculated from December 13, 2022, to the date judgment is entered; and 8. Post-judgment interest consistent with 28 U.S.C. § 1961, to run from the date that the Clerk of Court enters judgment consistent with this opinion, until the date of payment. If any amounts remain unpaid upon the expiration of 90 days following issuance of the judgment, or 90 days after the

expiration of time to appeal and no appeal is pending, whichever is later, the total amount of

judgment shall automatically increase by 15 percent, as required by NYLL § 198(4).

**Dated:**  New York, New York
         December 12, 2025

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

BY:   _____
**Deputy Clerk**